IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DIAMOND PET PARLOR, ) | |
| ) | Case No. 3:12-cv-00048-TMR |
| Plaintiff, ) | |
| ) | Judge: Rose |
| v. ) | |
| ) | |
| DIAMOND KENNELS, INC., d/b/a/ ) | |
| DIAMOND PET RESORT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Deadline for Responding to Complaint (Docket No. 4). It is hereby ordered that the time within which Diamond Kennels, Inc. may respond or otherwise plead to the Complaint is hereby extended to and including March 26, 2012.

Now, on considering the moving papers, and due deliberation having been had, it is ORDERED and ADJUDGED that this Motion is GRANTED.

Dated this 27th day of February, 2012.

s/Thomas M. Rose

_____
UNITED STATES DISTRICT JUDGE